Mansur *et al. v.* Churchman.

No. 9334.

MANSUR ET AL. *v.* CHURCHMAN.

$\dfrac{84}{145}$ $\dfrac{573}{218}$

PRACTICE.—*Motion for New Trial.—Exception.*—Unless excepted to, the ruling upon a motion for a new trial presents no question on appeal.

SAME.—*Rehearing.—Correction of Record.*—A rehearing will not be granted in order that the record may be corrected, and so made to show an exception.

From the Superior Court of Marion County.

*H. J. Milligan,* for appellants.

*N. B. Taylor, F. Rand* and *E. Taylor,* for appellee.

WOODS, J.—The error assigned in the general term of the Superior Court was the overruling of the appellants' motion for a new trial; but, as the record fails to show an exception to the ruling, no question is presented. *Henley* v. *McNoun,* 76 Ind. 380.

Judgment affirmed, with costs.

ON PETITION FOR A REHEARING.

WOODS, C. J.—A rehearing is asked for the purpose of permitting a correction of the record so as to show that an exception was saved to the overruling of the motion for a new trial. That a rehearing will not be granted for this purpose has been frequently decided; see *Warner* v. *Campbell,* 39 Ind. 409 ; *Cole* v. *Allen,* 51 Ind. 122 ; *State, ex rel.,* v. *Terre Haute, etc., R. R. Co.,* 64 Ind. 297 ; *Merrifield* v. *Weston,* 68 Ind. 70.

This appeal is from a decree of foreclosure in a sum less than $50 found due upon an assessment for a street improvement, and no good reason is shown why the case should be made an exception to the rule.

Petition overruled.